1694-2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN, ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JERALD R. BERGMAN | ) |
| | )  Chapter |
| | )  07-70652 |
| | ) |
| | ) |

### RESPONSE TO NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION

Now comes, Litton Loan Servicing, LLC as assignee for Popular Mortgage Servicing, Inc. and states as follows:

1) The Debtor has failed to make his post petition mortgage payments regarding the real estate located at 2709 Hanson Street, Rockford, Illinois 61109.

2) That since there is a post petition default the mortgage should not be considered fully reinstated.

3) The loan is post petition due for July 1, 2008. The following is a breakdown of what is due and owing:

   i. July 1, 2008 to November 1, 2008 at $565.82 for a total of $2,828.10;

   ii. December 1, 2008 to February 1, 2009 at $589.17 for a total of $1,767.51;

   iii. $100.00 post petition BPO;

   iv. $56.00 post petition inspection fees;

   v. $400.00 post petition attorney fees.

Please note that the fees and costs set forth in iii, iv, and v have not yet been proved up, that the total post petition default totals $5,151.61. That based upon this default, the mortgagee is not required to treat the mortgage reinstated and fully current.

Litton Loan Servicing, LLC as assignee of
Popular Mortgage Servicing, Inc.,


By:  /s/ Mitchell A. Lieberman
    Mitchell A. Lieberman
    Noonan & Lieberman Ltd.
    105 West Adams, Suite 3000
    Chicago, Illinois 60603
    (312) 431-1455